UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE: McBryde
LAW CLERK: Wade Formo
COURT REPORTER: Debbie Saenz

Case No.: 4:16-CV-762-A    Lexington Insurance Co. v. Guttenberg Industries, Inc.

Date Held: 8/25/2016    Time: 4:32-4:38

Counsel for Plaintiff: Michael C. Wilson

Re: Defendant's Proposed Motion to Voluntarily Dismiss Complaint

Consideration of notice of intent to file motion for voluntary dismissal pursuant Rule 41 of the Federal Rules of Civil Procedure in light of concern that subject-matter jurisdiction was lacking. Consistent with the discussion held and the rulings made during the conference call, the court dismissed the case without prejudice.

Conference concluded.